RUTH ANN GIBILISCO, APPELLANT, V. THOMAS WILLIAM GIBILISCO, APPELLEE.

462 N.W.2d 434

Filed November 16, 1990.    No. 90-249.

David L. Herzog, P.C., for appellant.

Tim J. Kielty for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

We have reviewed the district court's decree in this dissolution of marriage action de novo on the record. Finding no abuse of discretion therein, we affirm the same and decline to award either party an attorney fee.

AFFIRMED.